**No. P67/74.**—Morris Friedman *v.* United States, protests 58/7806, etc. (Philadelphia).

**No. P67/77.**—Morris Friedman *v.* United States, protest 60/31225 (Philadelphia).

**No. P67/78.**—Acme Venetian Blind & Window Shade Corp. et al. *v.* United States, protests 65/7482, etc. (New York).

RAO, C. J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of Philippine

mahogany sticks or slats similar in all material respects to those the subject of *Acme Venetian Blind & Window Shade Corp.* v. *United States* (56 Cust. Ct. 563, C.D. 2704), the claim of the plaintiffs was sustained.